EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crime Section

MATTHEW J. RINKA
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 440-9248
Facsimile: (808) 541-2958
E-Mail: Matthew.Rinka@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KALEI AURELIO LOPEZ <br><br> Defendant. | CR. NO. CR03-00430 HG <br><br> INDICTMENT <br><br> [18 U.S.C. § 13; H.R.S §§ 708-836, 708-836.5] |

### INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about January 7, 2003, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, namely Moanalua Terrace Naval Housing Area, KALEI AURELIO LOPEZ, defendant herein, did knowingly and intentionally exert control over the propelled

vehicle of another, to wit: a silver Toyota Tacoma pickup truck bearing Hawaii License plate #JSW 878, the property of Eric C. Dubreuil, by operating said vehicle without the owner's consent.

All in violation of Hawaii Revised Statute, Section 708-836, and Title 18, United States Code, Section 13.

## COUNT 2

The Grand Jury further charges that:

On or about January 11, 2003, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, namely Makalapa Naval Housing Area, KALEI AURELIO LOPEZ, defendant herein, did knowingly and intentionally exert control over the propelled vehicle of another, to wit: a Dodge Ram pickup truck bearing Hawaii License plate #JFN 727, the property of Morgan Jones, by operating said vehicle without the owner's consent.

All in violation of Hawaii Revised Statute, Section 708-836, and Title 18, United States Code, Section 13.

## Count 3

The Grand Jury further charges that:

On or about January 11, 2003, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, namely Makalapa Naval Housing Area, KALEI AURELIO LOPEZ, defendant herein, did knowingly and intentionally enter and remain unlawfully in a motor vehicle of another, to wit: a Jeep Grand Cherokee bearing Florida License plate #IZ3 99L, the property of William and Iris Sullivan, with the intent to commit a crime therein against property rights.

All in violation of Hawaii Revised Statute, Section 708-836.5, and Title 18, United States Code, Section 13.

DATED: August 27, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MATTHEW J. RINKA
Special Assistant U.S. Attorney

UNITED STATES v. KALEI AURELIO LOPEZ
CR. NO.
INDICTMENT