AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL 787683

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00430 HG (01) |
| **KALEI AURELIO LOPEZ** | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KALEI AURELIO LOPEZ and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2007

at 10 o'clock and 15 min. A M
SUE BEITIA, CLERK

2006 SEP 15 PM 1:43 RECEIVED U.S. MARSHAL SERVICE HONOLULU

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | SEPTEMBER 14, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL         By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  05/08/07 | Jim Burrell, SDUSM | see attached |

AO 442 (Rev. 10/03) Warrant for Arrest

**ORIGINAL 787683**

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00430 HG (01) |
| KALEI AURELIO LOPEZ | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KALEI AURELIO LOPEZ and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

in violation of Title  United States Code, Section(s) .

2006 SEP 15 PM 1:43 RECEIVED U.S. DISTRICT COURT HONOLULU, HI

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature] Deputy Clerk* | SEPTEMBER 14, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, Chief United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/7/07 | Jim Burrell, SDUSM | Jim Burrell, SDUSM |
| Date of Arrest 5/8/07 | | |

** TOTAL PAGE.02 **
** TOTAL PAGE.02 **