# MINUTES

CASE NUMBER:      CR 03-00430HG-001

CASE NAME:        U.S.A. v. (08) KALEI AURELIO LOPEZ

ATTYS FOR PLA:    Elizabeth Josephson, SAUSA

ATTYS FOR DEFT:   Donna M. Gray, AFPD

U.S.P.O.:         Carter A. Lee

JUDGE:    Helen Gillmor          REPORTER:   Stephen Platt

DATE:     June 28, 2007          TIME:       1:30 - 1:45

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT -

The defendant is present in custody.

The Court finds that the defendant has violated Violation Nos. 1, 2, 3, 4, and 5.

The Court finds that this is a Grade C violation, Criminal History Category III.

Allocution by the defendant.

Supervised Release is revoked.

    ADJUDGED: Impr. of twenty (20) MONTHS.

No Supervised Release imposed.

Advised of rights to appeal the sentence, etc.

    Submitted by: Mary Rose Feria, Courtroom Manager