AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

# United States District Court
## District of Hawaii

JUL 9 2007
at 3 o'clock and 30 min. PM
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KALEI AURELIO LOPEZ**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 03CR00430-001<br>USM Number: 90619-022<br>Donna M. Gray, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to 18 U.S.C. §3583(g)(3), General Condition, Standard Condition No. 1, Special Condition Nos. 1, and 5 of the term of supervision.

[ ]  was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 5981

Defendant's Residence Address:    None

Defendant's Mailing Address:    None

June 28, 2007
Date of Imposition of Sentence

/s/ Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

7·6·07
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 03CR00430-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | KALEI AURELIO LOPEZ | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | The subject tested positive for methamphetamine/amphetamine on 3/4/2005 and tetrahydrocannabinol (THC) and cocaine on 6/7/2006. | |
| 2. | The subject admitted to the possession and use of alcohol on or about 3/2/2005 and methamphetamine on 5/2/2005. | |
| 3. | The subject refused to submit to drug testing at Hina Mauka on 7/13/2006. | |
| 4. | The subject was discharged from the Victory Outreach Program on 9/11/2006. | |
| 5. | The subject left the judicial district without the permission of the Court or Probation Officer. | |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 03CR00430-001  Judgment - Page 3 of 3
DEFENDANT: KALEI AURELIO LOPEZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 20 MONTHS.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal